# AFFIDAVIT OF SPECIAL AGENT LARRY J. MCGRAIL II

I, Larry J. McGrail II, referred to as the Affiant being duly sworn, depose and say as follows:

1. That I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Billings, Montana Resident Agency. I have been a Special Agent for over 12 years and, during that time, I have investigated numerous offenses involving violations of federal law, including offenses enumerated under Title 18 of the United States Code.

2. This affidavit is made in support of an application for an arrest warrant, and establishes probable cause for a complaint charging two counts of murder, in violation of 18 U.S.C. §§ 1152 and 1111. The murders occurred on July 29, 2015, within the exterior boundaries of the Crow Indian Reservation. The victims are enrolled members of the Crow Indian tribe.

3. The information set forth in this affidavit is based on an investigation conducted by your Affiant, Bureau of Indian Affairs (BIA) Special Agent Lenora Nioce, and other law enforcement officers involved in the investigation. The information provided in this affidavit does not include all information known to your Affiant and the other investigators, but it contains those facts believed to be necessary to establish probable cause for the issuance of an arrest warrant.

1

## BACKGROUND OF THE INVESTIGATION

4.  On July 29, 2015, at approximately 10:11 a.m., Crow Agency dispatch received a call about a shooting on Pryor Gap Road in Pryor, Montana, between the St. Charles Mission School and Plenty Coups Park. The first law enforcement officers on the scene observed a deceased male and a deceased female lying in the road, face down. The victims were later identified as J.S. and T.S. Also observed at the scene was a 1990 Ford Taurus, green, bearing Wyoming license plate number 20-2934, registered to Elsa Mendoza, P.O. Box 311, Worland, Wyoming.

5.  J.B.S., the daughter of J.S. and T.S., was with her parents when they were shot. J.B.S. was interviewed by BIA Special Agent Nioce and your Affiant. She stated that her mother, T.S., came to her house and told her that there was a guy that needed assistance. They took J.B.S.'s car and drove past the St. Charles Mission School on Pryor Gap Road, where they met a man in a green vehicle that was parked on the side of the road. When J.B.S.'s car approached the green vehicle, the man stepped out, pointed a gun at them, and told them to get out of the car. When J.B.S. and her parents got out of their car, the unknown male told them to stand behind the car and asked them for money. They told him that they did not have any money. The unknown male then told them to start walking away from their car. As they were walking, J.B.S. heard a gunshot. When she turned around, she saw her father

2

lying on the road. J.B.S. started running. As she was running, J.B.S. heard her mother scream, but she did not turn around because she was scared. J.B.S. kept running and, as she did, she felt blood running down her face, which was later determined to be the result of a bullet wound. She heard another gunshot and felt a bullet hit her in the back. J.B.S. stated that when she turned around, she saw the unknown male get into her car and drive off. J.B.S. was able to yell for help, and she caught the attention of some individuals at the St. Charles Mission School. J.B.S. stated that a car drove to her location, and she told the driver that she had been hurt. The driver got out of the car and walked towards J.B.S.'s parents. Fearing that the unknown male would come back, J.B.S. got into the car. When J.B.S. saw her car coming back toward her, she got behind the wheel and drove away. J.B.S. heard gunshots, but was not sure what the unknown male was shooting at. J.B.S. was able to drive herself a short distance to her sister's residence. Her relatives then took her to a medical facility to treat her injuries.

6. After J.B.S. was admitted to the hospital, Captain Keith Edgell of the Montana Highway Patrol showed J.B.S. a picture of Jesus Yeizon Deniz. Captain Edgell reported that J.B.S. positively identified the picture of Deniz as the person who shot her parents and shot her.

7. As a result of a law enforcement bulletin, J.B.S.'s vehicle, a 2006

Pontiac G6 sedan, gray, bearing Montana license number 22-3845B, was located near Meeteese, Wyoming by a Park County Wyoming Sheriff's Deputy. The driver of the vehicle was arrested and identified as Jesus Deniz.

8.  On July 29, 2015, FBI Special Agents Justin Kempf and Paul Swenson conducted a recorded interview of Deniz. During the interview, Deniz admitted to shooting three people with a 22 caliber rifle and then driving away from the scene in the victims' vehicle. Deniz also described the rifle that he used, and he told the interviewing agents that the rifle was still in the vehicle that he was driving when he was arrested. Deniz told the interviewing Agents that he shot the victims because he was getting tired of waiting around, and because the daughter laughed at him.

## CONCLUSION

9.  Based upon the facts outlined in the affidavit, your Affiant believes that, on or about July 29, 2015, on Pryor Gap Road, in the State and District of Montana and within the exterior boundaries of the Crow Indian Reservation, Jesus Yeizon Deniz murdered J.S. and T.S., in violation of 18 U.S.C. §§ 1152 and 1111

10. Therefore, your Affiant respectfully requests that an arrest warrant be issued for Jesus Yeizon Deniz, *aka Jesus Yeizon Deniz Mendosa*, an Hispanic male, date of birth XX/XX/1997, Social Security Number XXX-XX-7285.

DATED this 30th day of July, 2015.

_____
Larry J. McGrail II
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 30th day of July, 2015.

_____
CAROLYN S. OSTBY
U.S. Magistrate Judge